**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 09-7716**

---

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

       v.

ANTHONY A. BLAGROVE, a/k/a Tony,

             Defendant – Appellant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Robert G. Doumar, Senior
District Judge.   (2:95-cr-00052-RGD-1)

---

Submitted:  January 19, 2010        Decided:  January 27, 2010

---

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anthony A. Blagrove, Appellant Pro Se.   William David Muhr,
Assistant  United  States  Attorney,  Norfolk,  Virginia,  for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony A. Blagrove appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Blagrove</u>, No. 2:95-cr-00052-RGD-1 (E.D. Va. Aug. 24, 2009). We further deny Blagrove's motion for documents in his brother's district court case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>